Exhibit 1. Photo documents of Ruth at Buttonwood Park Zoo:



Ruth at gate, taken 11.6.21



Ruth, at front door, taken 11.9.21