Exhibit 2.

>Weights, 2014-2020, Emily = 4; Ruth = 5

> Specimen report, April 2021, Emily =4; Ruth = 5

>Specimen report, October 2021, Emily = 4; Ruth = 5

## Animal Basic Info

| | |
|---|---|
| Individual | GAN: 4418906 / Alive / Female / - |
| Local ID | [4/NEW BEDFO][M1349/BATONROUG] |
| Preferred ID | 4 |
| Species | Elephas maximus / Asian elephant   IUCN : EN   CITES : I   CITESEU : A |
| Birth Location | Unknown Location |
| Birth Type | Wild Birth/Hatch |
| Birth / Age | ~ from Jan 01, 1964 to Dec 31, 1964 / 56 Years 25 Days |
| Current Collection | Main Institution Animal Collection |

## Weight List

| Date | Measurement | Value | UOM | Measured By | Estimated Weight | Reported By | Notes |
|---|---|---|---|---|---|---|---|
| Oct 01, 2020 | Live weight | 3,842 | kilogram | - | ✖ | NEW BEDFO | |
| Aug 29, 2020 | Live weight | 3,909 | kilogram | - | ✖ | NEW BEDFO | |
| Jul 25, 2020 | Live weight | 3,850 | kilogram | - | ✖ | NEW BEDFO | |
| Jun 26, 2020 | Live weight | 3,854 | kilogram | - | ✖ | NEW BEDFO | |
| Apr 25, 2020 | Live weight | 3,892 | kilogram | - | ✖ | NEW BEDFO | |
| Mar 21, 2020 | Live weight | 8,700 | pound | - | ✖ | NEW BEDFO | |
| Feb 01, 2020 | Live weight | 3,912 | kilogram | - | ✖ | NEW BEDFO | |
| Dec 21, 2019 | Live weight | 3,958 | kilogram | - | ✖ | NEW BEDFO | |
| Oct 25, 2019 | Live weight | 3,894 | kilogram | - | ✖ | NEW BEDFO | |
| May 03, 2019 | Live weight | 3,728 | kilogram | - | ✖ | NEW BEDFO | |
| Mar 23, 2019 | Live weight | 3,710 | kilogram | - | ✖ | NEW BEDFO | |
| Feb 13, 2019 | Live weight | 3,638 | kilogram | - | ✖ | NEW BEDFO | |
| Dec 29, 2018 | Live weight | 3,586 | kilogram | - | ✖ | NEW BEDFO | |
| Dec 01, 2018 | Live weight | 3,586 | kilogram | - | ✖ | NEW BEDFO | |
| Nov 02, 2018 | Live weight | 3,506 | kilogram | - | ✖ | NEW BEDFO | |
| Sep 07, 2018 | Live weight | 3,500 | kilogram | - | ✖ | NEW BEDFO | |
| Aug 04, 2018 | Live weight | 3,480 | kilogram | - | ✖ | NEW BEDFO | |
| Jun 26, 2018 | Live weight | 3,608 | kilogram | - | ✖ | NEW BEDFO | |
| May 29, 2018 | Live weight | 3,610 | kilogram | - | ✖ | NEW BEDFO | |
| Apr 14, 2018 | Live weight | 3,790 | kilogram | - | ✖ | NEW BEDFO | |
| Mar 08, 2018 | Live weight | 3,807 | kilogram | - | ✖ | NEW BEDFO | |
| Jan 18, 2018 | Live weight | 3,874 | kilogram | - | ✖ | NEW BEDFO | |
| Nov 28, 2017 | Live weight | 3,860 | kilogram | - | ✖ | NEW BEDFO | |
| Sep 20, 2017 | Live weight | 3,760 | kilogram | - | ✖ | NEW BEDFO | |
| Jul 26, 2017 | Live weight | 3,800 | kilogram | - | ✖ | NEW BEDFO | |
| Jun 27, 2017 | Live weight | 3,868 | kilogram | - | ✖ | NEW BEDFO | |
| May 21, 2017 | Live weight | 3,882 | kilogram | - | ✖ | NEW BEDFO | |
| Apr 25, 2017 | Live weight | 3,954 | kilogram | - | ✖ | NEW BEDFO | |
| Apr 14, 2017 | Live weight | 3,863 | kilogram | - | ✖ | NEW BEDFO | |
| Mar 03, 2017 | Live weight | 4,000 | kilogram | - | ✖ | NEW BEDFO | |
| Jan 13, 2017 | Live weight | 3,772 | kilogram | - | ✖ | NEW BEDFO | |
| Dec 02, 2016 | Live weight | 3,909 | kilogram | - | ✖ | NEW BEDFO | |
| Oct 03, 2016 | Live weight | 3,681.8 | kilogram | - | ✖ | NEW BEDFO | |
| Aug 10, 2016 | Live weight | 3,863 | kilogram | - | ✖ | NEW BEDFO | |
| Sep 11, 2015 | Live weight | 3,886 | kilogram | - | ✖ | NEW BEDFO | state scales |
| May 13, 2015 | Live weight | 3,864 | kilogram | - | ✖ | NEW BEDFO | |
| Oct 17, 2014 | Live weight | 4,000 | kilogram | - | ✖ | NEW BEDFO | state scales |
| May 01, 2014 | Live weight | 4,082 | kilogram | - | ✖ | NEW BEDFO | Migrated from MedARKS Clinical Notes module. |
| Feb 28, 2014 | Live weight | 4,082 | kilogram | - | ✖ | NEW BEDFO | Migrated from MedARKS Clinical Notes |

Copyright, Species360, 2020. All rights reserved.

## Animal Basic Info

| | |
|---|---|
| Individual | GAN: MIG12-29545888 / Alive / Female / - |
| Local ID | [5/NEW BEDFO] |
| Preferred ID | 5 |
| Species | Elephas maximus / Asian elephant    IUCN : EN   CITES : I   CITESEU : A |
| Birth Location | Unknown Location |
| Birth Type | Undetermined |
| Birth / Age | Oct 29, 1958 / 61 Years 11 Months 28 Days |
| Current Collection | Main Institution Animal Collection |

## Weight List

| Date | Measurement | Value | UOM | Measured By | Estimated Weight | Reported By | Notes |
|---|---|---|---|---|---|---|---|
| Oct 01, 2020 | Live weight | 2,828 | kilogram | - | ✗ | NEW BEDFO | |
| Aug 29, 2020 | Live weight | 2,837 | kilogram | - | ✗ | NEW BEDFO | |
| Jul 26, 2020 | Live weight | 2,814 | kilogram | - | ✗ | NEW BEDFO | |
| Jun 26, 2020 | Live weight | 2,826 | kilogram | - | ✗ | NEW BEDFO | |
| Apr 25, 2020 | Live weight | 2,866 | kilogram | - | ✗ | NEW BEDFO | |
| Mar 21, 2020 | Live weight | 6,350 | pound | - | ✗ | NEW BEDFO | |
| Feb 01, 2020 | Live weight | 2,860 | kilogram | - | ✗ | NEW BEDFO | |
| Dec 21, 2019 | Live weight | 2,906 | kilogram | - | ✗ | NEW BEDFO | |
| Oct 25, 2019 | Live weight | 2,900 | kilogram | - | ✗ | NEW BEDFO | |
| May 03, 2019 | Live weight | 2,964 | kilogram | - | ✗ | NEW BEDFO | |
| Mar 23, 2019 | Live weight | 2,960 | kilogram | - | ✗ | NEW BEDFO | |
| Feb 13, 2019 | Live weight | 2,952 | kilogram | - | ✗ | NEW BEDFO | |
| Dec 29, 2018 | Live weight | 2,906 | kilogram | - | ✗ | NEW BEDFO | |
| Dec 01, 2018 | Live weight | 2,911 | kilogram | - | ✗ | NEW BEDFO | |
| Nov 02, 2018 | Live weight | 2,900 | kilogram | - | ✗ | NEW BEDFO | |
| Aug 04, 2018 | Live weight | 2,860 | kilogram | - | ✗ | NEW BEDFO | |
| May 29, 2018 | Live weight | 2,941 | kilogram | - | ✗ | NEW BEDFO | |
| Apr 14, 2018 | Live weight | 2,992 | kilogram | - | ✗ | NEW BEDFO | |
| Mar 08, 2018 | Live weight | 2,972 | kilogram | - | ✗ | NEW BEDFO | |
| Jan 18, 2018 | Live weight | 2,978 | kilogram | - | ✗ | NEW BEDFO | |
| Nov 28, 2017 | Live weight | 2,924 | kilogram | - | ✗ | NEW BEDFO | |
| Sep 20, 2017 | Live weight | 2,840 | kilogram | - | ✗ | NEW BEDFO | |
| Jul 26, 2017 | Live weight | 2,962 | kilogram | - | ✗ | NEW BEDFO | |
| Jun 27, 2017 | Live weight | 2,990 | kilogram | - | ✗ | NEW BEDFO | |
| May 21, 2017 | Live weight | 2,922 | kilogram | - | ✗ | NEW BEDFO | |
| Apr 25, 2017 | Live weight | 2,938 | kilogram | - | ✗ | NEW BEDFO | |
| Apr 14, 2017 | Live weight | 2,977 | kilogram | - | ✗ | NEW BEDFO | |
| Mar 03, 2017 | Live weight | 2,960 | kilogram | - | ✗ | NEW BEDFO | |
| Jan 13, 2017 | Live weight | 2,727 | kilogram | - | ✗ | NEW BEDFO | |
| Dec 02, 2016 | Live weight | 2,818 | kilogram | - | ✗ | NEW BEDFO | |
| Oct 03, 2016 | Live weight | 2,886.4 | kilogram | - | ✗ | NEW BEDFO | |
| Aug 10, 2016 | Live weight | 2,818 | kilogram | - | ✗ | NEW BEDFO | |
| Sep 11, 2015 | Live weight | 3,182 | kilogram | - | ✗ | NEW BEDFO | state scales |
| May 13, 2015 | Live weight | 3,136 | kilogram | - | ✗ | NEW BEDFO | |
| Nov 05, 2014 | Live weight | ~3,136 | kilogram | - | ✓ | NEW BEDFO | |
| Oct 17, 2014 | Live weight | 3,136 | kilogram | - | ✗ | NEW BEDFO | state scales |
| Jul 07, 2014 | Live weight | 3,175 | kilogram | - | ✗ | NEW BEDFO | Migrated from MedARKS Clinical Notes module. |
| May 08, 2014 | Live weight | 3,175 | kilogram | - | ✗ | NEW BEDFO | Migrated from MedARKS Clinical Notes module. |

Copyright, Species360, 2020. All rights reserved.

# Specimen Report



| | | | |
|---|---|---|---|
| **Species360 GAN** | MIG12-29545888 | **Local ID**: NEW BEDFO / 5 | |
| | Elephas maximus | Asian elephant | |
| **Studbooks** | EAZA, AZA, ZAA, JAZA | | |
| **Order** | Proboscidea | **Family** | Elephantidae |
| **IUCN** | Endangered (EN) | **CITES** | I |
| **Start Date** | Apr 14, 2021 | **End Date** | Jun 28, 2021 |

Copyright, Species360, 2021. All rights reserved.

## Basic Animal Information                         No Local Data Differences Found

| | | | | |
|---|---|---|---|---|
| **Sex - Contraception** | Female - | **Status** | Alive | |
| **Birthdate - Age** | Oct 29, 1958 - 62Y,7M,30D | **Preferred ID** | NEW BEDFO / 5 | |
| **Origin** | Unknown Location | **Rearing** | Undetermined | |
| **Birth Type** | Undetermined | **Hybrid Status** | Not Hybrid | |
| **Sire** | | **Dam** | | |
| **Current Collection** | Main Institution Animal Collection | **Collection Trip** | | |
| **Clutch / Litter** | | **Enclosure** | | |

## Visit History

| Date in | Acquisition - Vendor/Local ID | Phy | Own | Reported By | Disposition - Recipient/Local ID | Phy | Own | Date Out |
|---|---|---|---|---|---|---|---|---|
| Oct 29, 1986 | Donation From USDI LAW/NONE | In | In | NEW BEDFO / 5 | | - | - | |

**No Identifiers Found**
**No Sex Information Found**

## Weights

| Reported By | Date | Type | Value | Units | Comments |
|---|---|---|---|---|---|
| NEW BEDFO | Apr 16, 2021 | Live weight | 2726 | kilogram | |

# Specimen Report



| | | | |
|---|---|---|---|
| **Species360 GAN** | 4418906 | **Local ID**: NEW BEDFO / 4 | |
| Elephas maximus | | Asian elephant | |
| **Studbooks** | EAZA, AZA, ZAA, JAZA | | |
| **Order** | Proboscidea | **Family** | Elephantidae |
| **IUCN** | Endangered (EN) | **CITES** | I |
| **Start Date** | Apr 14, 2021 | **End Date** | Jun 28, 2021 |

Copyright, Species360, 2021. All rights reserved.

## Basic Animal Information

**No Local Data Differences Found**

| | | | |
|---|---|---|---|
| **Sex - Contraception** | Female - | **Status** | Alive |
| **Birthdate - Age** | ~From Jan 01, 1964 To Dec 31, 1964 - 56Y,8M,26D | **Preferred ID** | NEW BEDFO / 4 |
| **Origin** | Unknown Location | **Rearing** | Undetermined |
| **Birth Type** | Wild Birth/Hatch | **Hybrid Status** | Not Hybrid |
| **Sire** | | **Dam** | |
| **Current Collection** | Main Institution Animal Collection | **Collection Trip** | |
| **Clutch / Litter** | | **Enclosure** | |

## Visit History

| Date in | Acquisition - Vendor/Local ID | Phy | Own | Reported By | Disposition - Recipient/Local ID | Phy | Own | Date Out |
|---|---|---|---|---|---|---|---|---|
| Oct 01, 1968 | Purchase SOUTHWICK/NONE | In | In | NEW BEDFO / 4 | Loan Out To BATONROUG/M1349 | Out | - | Nov 12, 1983 |
| Nov 12, 1983 | Loan In From Sender: NEW BEDFO/4 Vendor: NEW BEDFO/4 | In | - | BATONROUG / M1349 | Loan Return To Owner NEW BEDFO/4 | Out | - | Jul 04, 1985 |
| Jul 04, 1985 | Loan Return to Us Sender: BATONROUG/M1349 | In | - | NEW BEDFO / 4 | | - | - | |

**No Identifiers Found**
**No Sex Information Found**

## Weights

| Reported By | Date | Type | Value | Units | Comments |
|---|---|---|---|---|---|
| NEW BEDFO | Apr 16, 2021 | Live weight | 3468 | kilogram | |

# Specimen Report



**Species360 GAN** MIG12-29545888  
Elephas maximus         Asian elephant  
**Studbooks**   EAZA, AZA, ZAA, JAZA  
**Order**   Proboscidea            **Family**   Elephantidae  
**IUCN**    Endangered (EN)        **CITES**    I  
**Start Date**  Aug 01, 2021       **End Date**  Oct 26, 2021

**Local ID**: NEW BEDFO / 5

Copyright, Species360, 2021. All rights reserved.

## Basic Animal Information

| | | | |
|---|---|---|---|
| **Sex - Contraception** | Female - | **Status** | Alive |
| **Birthdate - Age** | Oct 29, 1958 - 62Y,11M,27D | **Preferred ID** | NEW BEDFO / 5 |
| **Origin** | Unknown Location | **Rearing** | Undetermined |
| **Birth Type** | Undetermined | **Hybrid Status** | Not Hybrid |
| **Sire** | | **Dam** | |
| **Current Collection** | Main Institution Animal Collection | **Collection Trip** | |
| **Clutch / Litter** | | **Enclosure** | |

**No Local Data Differences Found**

## Visit History

| Date in | Acquisition - Vendor/Local ID | Phy | Own | Reported By | Disposition - Recipient/Local ID | Phy | Own | Date Out |
|---|---|---|---|---|---|---|---|---|
| Oct 29, 1986 | Donation From USDI LAW/NONE | In | In | NEW BEDFO / 5 | | - | - | |

**No Identifiers Found**  
**No Sex Information Found**

## Weights

| Reported By | Date | Type | Value | Units | Comments |
|---|---|---|---|---|---|
| NEW BEDFO | Oct 05, 2021 | Live weight | 2644 | kilogram | |
| NEW BEDFO | Sep 16, 2021 | Live weight | 2656 | kilogram | |
| NEW BEDFO | Aug 10, 2021 | Live weight | 2686 | kilogram | |

# Specimen Report



| | | | |
|---|---|---|---|
| **Species360 GAN** | 4418906 | **Local ID**: | NEW BEDFO / 4 |
| | Elephas maximus | | Asian elephant |
| **Studbooks** | EAZA, AZA, ZAA, JAZA | | |
| **Order** | Proboscidea | **Family** | Elephantidae |
| **IUCN** | Endangered (EN) | **CITES** | I |
| **Start Date** | Aug 01, 2021 | **End Date** | Oct 26, 2021 |

Copyright, Species360, 2021. All rights reserved.

## Basic Animal Information

**No Local Data Differences Found**

| | | | |
|---|---|---|---|
| **Sex - Contraception** | Female - | **Status** | Alive |
| **Birthdate - Age** | ~From Jan 01, 1964 To Dec 31, 1964 - 57Y,0M,24D | **Preferred ID** | NEW BEDFO / 4 |
| **Origin** | Unknown Location | **Rearing** | Undetermined |
| **Birth Type** | Wild Birth/Hatch | **Hybrid Status** | Not Hybrid |
| **Sire** | | **Dam** | |
| **Current Collection** | Main Institution Animal Collection | **Collection Trip** | |
| **Clutch / Litter** | | **Enclosure** | |

## Visit History

| Date in | Acquisition - Vendor/Local ID | Phy | Own | Reported By | Disposition - Recipient/Local ID | Phy | Own | Date Out |
|---|---|---|---|---|---|---|---|---|
| Oct 01, 1968 | Purchase SOUTHWICK/NONE | In | In | NEW BEDFO / 4 | Loan Out To BATONROUG/M1349 | Out | - | Nov 12, 1983 |
| Nov 12, 1983 | Loan In From Sender: NEW BEDFO/4 Vendor: NEW BEDFO/4 | In | - | BATONROUG / M1349 | Loan Return To Owner NEW BEDFO/4 | Out | - | Jul 04, 1985 |
| Jul 04, 1985 | Loan Return to Us Sender: BATONROUG/M1349 | In | - | NEW BEDFO / 4 | | - | - | |

**No Identifiers Found**

**No Sex Information Found**

## Weights

| Reported By | Date | Type | Value | Units | Comments |
|---|---|---|---|---|---|
| NEW BEDFO | Sep 16, 2021 | Live weight | 3525 | kilogram | |
| NEW BEDFO | Aug 10, 2021 | Live weight | 3468 | kilogram | |