UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

JOYCE ROWLEY,
PLAINTIFF, PRO SE

CASE NO. 21-CV-11649-FDS

V.

CITY OF NEW BEDFORD, MASSACHUSETTS
DEFENDANT

## PLAINTIFF'S MOTION TO STRIKE OPPOSITION TO MOTION TO COMPEL

Pursuant to Local Rule 7.1(b)(2), Plaintiff Joyce Rowley moves to strike Defendant City of New Bedford's opposition to a motion to compel filed January 20, 2022. Rowley filed her motion for access to the Asian elephants, subject of this Endangered Species Act citizen's suit, for the purpose of ensuring their safety and well-being.

The City's response was due January 12, 2022 and so is untimely. Nor did it offer an excuse.

Respectfully submitted,

/s/Joyce Rowley
Plaintiff pro se
PO Box 50251
New Bedford, MA 02745