UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DISTRICT

JOYCE ROWLEY,
PLAINTIFF, PRO SE

                                                                    CASE NO. 21-CV-11649-FDS

V.

CITY OF NEW BEDFORD, MASSACHUSETTS
DEFENDANT

**PLAINTIFF'S SUR-REPLY
WITHDRAWAL OF MOTION TO COMPEL**

    Pursuant to Local Rule 7.1(b), Plaintiff Joyce Rowley withdraws her motion to compel filed December 29, 2021. Rowley filed her motion for access to the Asian elephants, subject of this Endangered Species Act citizen's suit, for the purpose of ensuring their safety and well-being. Although Rowley still has concerns regarding both elephants' overnight injuries and health, in the interest of judicial resource comity, she is withdrawing her motion to compel.

                                                    Respectfully submitted,

                                                    /s/Joyce Rowley
                                                    Plaintiff pro se
                                                    PO Box 50251
                                                    New Bedford, MA 02745

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff Joyce Rowley has served a copy of this document on this date by ECF to Defendant's attorney of record John Markey, Markey & Walsh, LLC, at jmarkey@msmw-law.com and Kreg Espinola, New Bedford Assistant City Solicitor, via email at kespinola@bevlegal.com.

                                                Respectfully submitted,
                                                /S/Joyce Rowley
                                                Plaintiff pro se
                                                PO Box 50251
                                                Nee Bedford, MA 02745