UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DISTRICT

JOYCE ROWLEY,
PLAINTIFF, PRO SE

CASE NO. 21-CV-11649-FDS

V.
CITY OF NEW BEDFORD, MASSACHUSETTS
DEFENDANT

### Supplemental to Plaintiffs Reply

    Joyce Rowley, Plaintiff pro se, files this supplement to her reply to Defendant City's response. Due to technical difficulties, the affidavit of Dr. S. Ilyaraja and Certificate of Service were not filed with the reply. Ms. Buckley's affidavit will be filed subsequently when the technical issues are resolved.

    Plaintiff also seeks the Court's acceptance of her Reply late yesterday. The PACER email system was down and she couldn't reset her password until after the 6:00 p.m. deadline.

Respectfully submitted,
/S/Joyce Rowley
Plaintiff pro se
Po Box 50251
New Bedford, MA 02745
Ph: 508-542-8297

Dated: February 4, 2022