## CERTIFICATE OF SERVICE

This is to certify that Plaintiff Joyce Rowley has served a copy of the Reply to Defendant City's response & Supplement documents on this date by ECF to Defendant's attorney of record John Markey, Markey & Walsh, LLC, at jmarkey@msmw-law.com and Kreg Espinola, New Bedford Assistant City Solicitor, via email at kespinola@bevlegal.com.

                                                                Respectfully submitted,
/S/Joyce Rowley
Plaintiff pro se
PO Box 50251
New Bedford, MA 02745

Dated: February 4, 2022