UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DISTRICT

JOYCE ROWLEY,

PLAINTIFF, PRO SE                                         CASE NO. 21-CV-11649-FDS

V.

CITY OF NEW BEDFORD, MASSACHUSETTS
DEFENDANT

**PLAINTIFF'S MOTION TO COMPEL**

In this Endangered Species Act citizen's suit, Plaintiff Joyce Rowley moves to compel Defendant City of New Bedford to provide access to Asian elephant Ruth in the elephant barn in order to conduct a videorecorded assessment.

Ruth's health is in question, and time is of the essence. But despite Rowley's best efforts to get cooperation, the City refused access four times and refused to cooperate with Rowley.

Rowley seeks a Court Order for immediate unfettered access to videorecord Asian elephant Ruth in her barn.

                                            Respectfully submitted,
                                            /s/Joyce Rowley
                                            Plaintiff pro se
                                            PO Box 50251
                                            New Bedford, MA 02745

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff Joyce Rowley has served a copy of this document on this date by ECF to Defendant's attorney of record John Markey, Markey & Walsh, LLC, at jmarkey@msmw-law.com and Kreg Espinola, New Bedford Assistant City Solicitor, via email at kespinola@bevlegal.com.

    Respectfully submitted,
    /S/Joyce Rowley
    Plaintiff pro se
    PO Box 50251
    New Bedford, MA 02745