Exhibit 1, Draft Protocol

## DRAFT Protocol for Pre-Recorded Health Assessment

## Of Asian Elephant Ruth

In order to provide adequate information to assess Asian elephant RUTH at Buttonwood Park Zoo, New Bedford, MA in a timely manner, the following protocol will be used:

1. Dr. Erica Lipanovich will allow Joyce Rowley into the elephant barn with a tripod and camera.

2. Two (2) elephant caretakers will be in the barn.

3. Asian elephant Ruth will be in her stall on the far left of the barn.

4. The caretakers will direct Rowley where to set up her tripod for the first set of videos. **Rowley will remain outside of Ruth's stall at all times.**

5. Dr. Lipanovich will proceed as though she were performing Ruth's annual exam (examining mouth, ears, skin, auscult heart, etc.). Rowley will record it.

6. Dr. Lipanovich will then step back and the caretakers will prompt Ruth to turn around 360° so Rowley may record her turning.

7. The caretakers will direct Ruth to lay down. Rowley will record Ruth laying down.

8. Rowley will then video record the bottoms of Ruth's feet from outside of the stall (Second set up).

9. The caretakers will then direct Ruth to stand up.

10. Rowley will record Ruth getting to her feet.

11. The caretakers will then let Ruth out of the barn. Rowley will record Ruth exiting the barn.

12. Dr. Lipanovich will show Rowley out of the barn.