Exhibit 2, Email to Dr. Lipanovich

**yahoo!mail**

< Back

**Pre recorded exam of Asian elephant Ruth**

me

To  Erica Lipanovich & 1 more

Show more

Feb 11 at 11:14 AM

Good morning,
Attached is a Draft protocol for the pre-recorded exam of Ruth, hopefully to occur next week. I also sent it to Mr. Markey.

He insists on requirung a phone call between Dr. Ilayaraja and you prior to the recording. I am being asked why, and frankly I don't have an answer.

What do you need to discuss with him? Please be specific, and I will relay your questions.

Thanking you in advsnce,
Joyce Rowley
Plaintiff pro se
CN 21-CV-11649

CC: John Markey, Esq.

1 File    456kB



DRAFT Proto...
Download

 Delete

 Spam

 Move to

 Mark as Starred

 Mark as Unread