# United States Court of Appeals
## For the First Circuit

No. 24-1646

JOYCE ROWLEY,

Plaintiff - Appellant,

v.

CITY OF NEW BEDFORD,

Defendant - Appellee.

**JUDGMENT**

Entered: August 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

In light of the court's order entered on August 14, 2025, this appeal is dismissed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Joyce Rowley
John A. Markey Jr.