# United States Court of Appeals
## For the First Circuit

No. 24-1646

JOYCE ROWLEY,

Plaintiff - Appellant,

v.

CITY OF NEW BEDFORD,

Defendant - Appellee.

**MANDATE**

Entered: September 5, 2025

In accordance with the judgment of August 14, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John A. Markey Jr.
Joyce Rowley